**Robert GREGORY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 22, 1965.

Robert Gregory, pro se.

Robert Matthews, Atty. Gen., George F. Rabe, Asst. Atty. Gen., for appellee.

CULLEN, Commissioner.

Robert Gregory, in prison under a three-year sentence for knowingly receiving stolen property, filed motion in the trial court, under RCr 11.42, to vacate the sentence. The motion was overruled without a hearing and Gregory has appealed.

The motion alleged (1) a defective indictment; (2) insufficient evidence; (3) illegal search and seizure; (4) improper argument by the Commonwealth's attorney; (5) erroneous instructions; (6) the trial was "rushed through;" and (7) his *paid* counsel was inadequate because counsel did not make objections to improper proceedings on the trial and would not take any steps for a new trial or an appeal.

Under King v. Commonwealth, Ky., 387 S.W.2d 582, the allegations were insufficient to warrant a hearing.

The judgment is affirmed.